EDWARD C. BOEHM and Another, Respondents, v. BUFFALO SAVINGS BANK, Appellant.— Judgment of Special Term and judgment of Buffalo City Court reversed on the facts and a new trial granted, with costs in all courts to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. New trial to be had in Buffalo City Court on the 6th day of April, 1925, at ten A. M. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ROBERT W. WEIR and Another, Respondents, v. ELLEN G. LEO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FRED J. HAZELWOOD, Respondent, v. FREDERICK HUNTINGTON, Appellant.— Motion to dismiss appeal granted unless appellant shall pay to respondent's attorneys ten dollars and shall be ready to argue the appeal at the opening of the May term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WILLIAM G. FRASER, Appellant, v. THE CITY OF BUFFALO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Inasmuch as it is conceded that the contract has been signed and the work is in progress, and as the granting or denial of a temporary injunction is a matter of discretion, we have determined as an exercise of discretion on our part to affirm the order. Hubbs, P. J., Clark and Sears, JJ., concur; Crouch, J., concurs for affirmance, but is of opinion that the contract is illegal; Taylor, J., dissents and votes for reversal on the following ground: Considering the specifications furnished by the city of Buffalo and all the bids submitted thereunder, the contract awarded to the respondent Shaddock was not awarded to the lowest bidder, was not the result of real competitive bidding, and was illegal under section 50 of the Charter of the City of Buffalo.*

In the Matter of the Judicial Settlement of the Accounts of JOSEPH B. MURPHY and Another, as Executors, etc., of LAWRENCE PENDERGAST, Deceased.— Decree affirmed, with costs against the appellants. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of DAVID POZARNY, Respondent, for a Peremptory Mandamus Order Directing the Issuance, etc., of a Permit to Conduct a Public Garage, etc., in the City of Buffalo. FRANK X. SCHWAB and Others, as and Constituting The Council of the City of Buffalo, and Another, Appellants. — Order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. [See ante, p. 847.]

RICHARD CLAXTON HALLOCK and Others, Appellants, v. HARRY MILLER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

RICHARD CLAXTON HALLOCK and Others, Appellants, v. GUY H. LYON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.